1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
   (916) 554-2900 FAX
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  CASE NO.  2:14-CR-0100 JAM
                                       )
12           Plaintiff,                )
                                       )
13       v.                            )  **STIPULATION AND ORDER**
                                       )  **CONTINUING STATUS CONFERENCE**
14  PAUL SANFILIPPO,                   )  **FROM JUNE 24, 2014, TO JULY 8, 2014**
                                       )
15           Defendant.                )
                                       )
16                                     )

17

18                        **STIPULATION**

19       Plaintiff United States of America, by and through its counsel of record, and

20  defendant, by and through his counsel of record, hereby stipulate as follows:

21       1.     By previous order, this matter was set for status on June 24, 2014.

22       2.     By this stipulation, the defendant now moves to continue the status

23  conference until July 8, 2014 at 9:30 a.m., and to exclude time between June 24, 2014,

24  and July 8, 2014 under Local Code T4.

25       3.     The parties agree and stipulate, and request that the Court find the

26  following:

27       a.  The government has represented that the discovery associated with this case

28  includes several hundred pages of discovery.  Included with this discovery is a significant

1   amount of computer evidence.  All of this discovery has been either produced directly to

2   counsel and/or made available for inspection and copying.

3          b.   Counsel has been unable to devote the time necessary to evaluate the

4   evidence.

5          c.   Counsel for defendant believes that failure to grant the above-requested

6   continuance would deny him the reasonable time necessary for effective preparation,

7   taking into account the exercise of due diligence.

8          d.   The government does not object to the continuance.

9          e.   Based on the above-stated findings, the ends of justice served by continuing

10  the case as requested outweigh the interest of the public and the defendant in a trial

11  within the original date prescribed by the Speedy Trial Act.

12         f.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §

13  3161, et seq., the time period of June 24, 2014 to July 8, 2014, inclusive, is deemed

14  excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results

15  from a continuance granted by the Court at defendant's request on the basis of the

16  Court's finding that the ends of justice served by taking such action outweigh the best

17  interest of the public and the defendant in a speedy trial.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

Stipulation and Proposed Order
United States v. Sanfilippot
2:14-CR-0100 JAM

1    4.    Nothing in this stipulation and order shall preclude a finding that other

2  provisions of the Speedy Trial Act dictate that additional time periods are excludable

3  from the period within which a trial must commence.

4  IT IS SO STIPULATED.

5  Dated: June 20, 2014                    Respectfully Submitted,

6                                          BENJAMIN B. WAGNER
                                           United States Attorney
7

8                                   By:   */s/ Kyle Reardon*
                                          KYLE REARDON
9                                         Assistant U.S. Attorney

10

11  Dated: June 20, 2014                   */s/ Kyle Reardon* for
                                           ALONZO GRADFORD
12                                         Attorney for the Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order
United States v. Sanfilippot
2:14-CR-0100 JAM

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      )   CASE NO.  2:14-CR-0100 JAM
                                     )
12              Plaintiff,           )
                                     )
13      v.                           )   **ORDER CONTINUING STATUS**
                                     )   **CONFERENCE FROM JUNE 24, 2014,**
14   PAUL SANFILIPPO,                )   **UNTIL JULY 8, 2014**
                                     )
15              Defendant.           )
                                     )
16   _____)

17

18        The parties' stipulation is approved and so ordered.  The time beginning June 24,

19   2014, until July 8, 2014, is excluded from the calculation of time under the Speedy Trial

20   Act.  For the reasons contained in the parties' stipulation, this exclusion is appropriate to

21   ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C.

22   § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this

23   continuance outweigh the best interests of the public and the defendant in a speedy trial.

24   18 U.S.C. § 3161(h)(7)(A).

25   Dated:  6/20/2014

26                                         /s/ John A. Mendez
                                           JOHN A. MENDEZ
27                                         United States District Court Judge

28