BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-100 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| PAUL SANFILIPPO, | |
| Defendant. | |

**STIPULATION**

1.      By previous order, this matter was set for status on September 30, 2014.

2.      By this stipulation, defendant Paul Sanfilippo, by and through his undersigned counsel, now moves to continue the status conference until December 9, 2014, at 9:30 a.m., and to exclude time between September 30, 2014 and December 9, 2014, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes several hundred pages of documents in addition to a significant amount of computer evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel is still in the process of working with a forensic analyst to review the computer evidence.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The United States does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 30, 2014 to December 9, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

///

///

///

1    IT IS SO STIPULATED.

2

3    Dated: September 29, 2014                          BENJAMIN B. WAGNER
4                                                       United States Attorney

5                                                       */s/ Josh F. Sigal*
                                                        JOSH F. SIGAL
6                                                       Special Assistant United States Attorney

7

8    Dated: September 29, 2014                          */s/ Josh F. Sigal for*
                                                        ALONZO GRADFORD
9                                                       Counsel for Defendant
                                                        Paul Sanfilippo

10

11

12

13                          **FINDINGS AND ORDER**

14       IT IS SO FOUND AND ORDERED this 29th day of September, 2014.

15

16

17                   /s/ John A. Mendez_____
                     Honorable John A. Mendez
18                   United States District Court Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND          3
ORDER