Alonzo J. Gradford, SBN 244201
Attorney at Law
1202 H Street, Suite C
Modesto, California 95354
Telephone:  (209) 408-0342
Facsimile:  (209) 408-0797
gradfordlaw@gmail.com

Attorney for Defendants,
PAUL SANFILIPPO

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

— ◆ —

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 2:14-CR-100 JAM** |
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| PAUL SANFILIPPO, | |
| Defendants. | |

STIPULATION

1.  By previous order, the matter was set for status on February 10, 2015.

2.  By this stipulation, defendant Paul Sanfilippo, by and through his undersigned counsel, now moves to continue the status conference until April 7, 2015 at 9:15 a.m., and to exclude time between February 10, 2015 and April 7, 2015, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

     a.  The government has represented that the discovery associated with the case includes several hundreds of pages of documents in addition to a significant of computer

evidence.  All of this discovery has been either produced directly to counsel and/or made available for inspection and coping.

b.  The United States has provided a plea agreement to the defendant.

c.  The United States and Defense counsel have met and conferred since the last court date and continuance.  Defense counsel has reviewed the plea agreement with the defendant and has provided the United States with a resolution offer to consider.

d.  The United States will need additional time to review the resolution offer received from Defense counsel.  Defense counsel is also in need of additional time to research relevant legal issues believed to have an impact on the case and discuss potential trial implications of such with the defendant.

e.  Counsel for the defendant believes that failure to grant the above-requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f.  The United States does not object to the continuance.

g.  The defendant, by and through his counsel of record, does not object to the continuance.

h.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 10, 2015 to April 7, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends

of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

j.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION RE:  SPEEDY TRIAL ACT; FINDINGS AND ORDER

IT IS SO STIPULATED.

Dated: February 5, 2015                          BENJAMIN B. WAGNER
                                                 United States Attorney
                                                 */s/Josh F. Sigal*
                                                 JOSH F. SIGAL
                                                 Special Assistant United States Attorney

Dated:  February 5, 2015                         */s/Alonzo Gradford*
                                                 ALONZO GRADFORD
                                                 Counsel for Defendant Paul Sanfilippo

FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 6th day of February, 2015.

                                 /s/ John A. Mendez_____
                                 Honorable John A. Mendez
                                 United States District Judge