1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

            IN THE UNITED STATES DISTRICT COURT
9
            EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  14-CR-100 JAM

12                    Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                           FINDINGS AND ORDER

14  PAUL SANFILIPPO,                       DATE: August 4, 2015
                                           TIME: 9:15 a.m.
15                    Defendant.           COURT: Hon. John A. Mendez

16

17                         **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20         1.     By previous order, this matter was set for status on August 4, 2015.

21         2.     By this stipulation, defendant now moves to continue the status conference until

22  September 22, 2015 at 9:15 a.m., and to exclude time between August 4, 2015, and September 22, 2015

23  at 9:15 a.m., under Local Code T4.

24         3.     The parties agree and stipulate, and request that the Court find the following:

25                a)     The government has represented that the discovery associated with this case

26  includes several hundred pages of documents in addition to a significant amount of digital

27  evidence.  All of this discovery has been either produced directly to counsel and/or made

28  available for inspection or copying.

STIPULATION REGARDING EXCLUDABLE TIME            1
PERIODS UNDER SPEEDY TRIAL ACT

b)      The United States has provided a plea agreement to the defendant.  Defense counsel will need additional time to review the agreement as well as the discovery in the case with respect to the terms and factual basis of the agreement, and consult with his client regarding implications for trial. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)      The government also needs additional time to conduct legal research associated with the defendant's conduct in this case in relation to certain guideline calculations outlined in the United States Sentencing Guidelines.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 4, 2015 to September 22, 2015 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 29, 2015                                    BENJAMIN B. WAGNER
                                                        United States Attorney


                                                        /s/ JOSH F. SIGAL
                                                        JOSH F. SIGAL
                                                        Assistant United States Attorney


Dated:  July 29, 2015                                   /s/ ALONZO GRADFORD
                                                        ALONZO GRADFORD
                                                        Counsel for Defendant
                                                        Paul Sanfilippo


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 30th  day of July, 2015


                                                        /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ
                                                        UNITED STATES DISTRICT COURT JUDGE