1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    CASE NO.  14-CR-100 JAM

12                          Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                                TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                    v.                         FINDINGS AND ORDER

14 PAUL SANFILIPPO,                             DATE: October 27, 2015
                                                TIME: 9:15 a.m.
15                          Defendant.          COURT: Hon. John A. Mendez

16

17                               **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20         1.      By previous order, this matter was set for status on October 27, 2015.

21         2.      By this stipulation, defendant now moves to continue the status conference until

22 November 17, 2015 at 9:15 a.m., and to exclude time between October 27, 2015, and November 17,

23 2015 at 9:15 a.m., under Local Code T4.

24         3.      The parties agree and stipulate, and request that the Court find the following:

25                 a)      The government has represented that the discovery associated with this case

26 includes several hundred pages of documents in addition to a significant amount of digital

27 evidence.  All of this discovery has been either produced directly to counsel and/or made

28 available for inspection or copying.

b)      The United States has provided a plea agreement to the defendant.  Defense counsel will need additional time to review the agreement as well as the discovery in the case with respect to the terms and factual basis of the agreement, and consult with his client regarding implications for trial. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)      The government does not object to the continuance.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 27, 2015 to November 17, 2015 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

1   must commence.

2        IT IS SO STIPULATED.

3

4

5 Dated:  October 26, 2015             BENJAMIN B. WAGNER
            United States Attorney

6

7             /s/ JOSH F. SIGAL
            JOSH F. SIGAL

8             Assistant United States Attorney

9

10 Dated:  October 26, 2015             /s/ ALONZO GRADFORD
            ALONZO GRADFORD

11             Counsel for Defendant
            Paul Sanfilippo

12

13

14

15                **FINDINGS AND ORDER**

16       IT IS SO FOUND AND ORDERED this 27th day of October, 2015

17

18             /s/ John A. Mendez
            THE HONORABLE JOHN A. MENDEZ

19             UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28