Alonzo J. Gradford, SBN 244201
Attorney at Law
1202 H Street, Suite C
Modesto, California 95354
Telephone:  (209) 408-0342
Facsimile:  (209) 408-0797
gradfordlaw@gmail.com

Attorney for Defendants,
PAUL SANFILIPPO

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

—◆—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>PAUL SANFILIPPO,<br><br>     Defendants. | CASE NO. 2:14-CR-100 JAM<br><br>STIPULATION AND ORDER SETTING MATTER FOR JUDGMENT AND SENTENCING |

The parties hereto stipulate that the judgment and sentencing hearing now set for April 19, 2016, be continued to June 28, 2016 at 9:15 a.m. for judgment and sentencing.  Defense counsel remains involved in a state multiple defendant murder preliminary hearing and is also in need of additional time to address matters pertaining to sentencing of Mr. Sanfilippo.  Probation has been advised of the new date.

SO STIPULATED.

Dated: April 13, 2016                              BENJAMIN B. WAGNER
                                                                    United States Attorney
                                                                    */s/Josh F. Sigal*
                                                                    JOSH F. SIGAL
                                                                    Special Assistant United States Attorney

1
STIPULATION RE:  SETTING MATTER FOR JUDGEMENT AND SENTENCING

Dated:  April 13, 2016            /s/*Alonzo Gradford*
                                  ALONZO GRADFORD
                                  Counsel for Defendant Paul Sanfilippo

FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of April, 2016.

                                  /s/ John A. Mendez
                                  Honorable John A. Mendez
                                  United States District Judge

2
STIPULATION RE:  SETTING MATTER FOR JUDGEMENT AND SENTENCING