Alonzo J. Gradford, SBN 244201
Attorney at Law
1202 H Street, Suite C
Modesto, California 95354
Telephone: (209) 408-0342
Facsimile: (209) 408-0797
gradfordlaw@gmail.com

Attorney for Defendants,
PAUL SANFILIPPO

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

—♦—

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-100 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER SETTING MATTER FOR JUDGEMENT AND SENTENCING |
| PAUL SANFILIPPO, | |
| Defendants. | |

The parties hereto stipulate that the judgment and sentencing hearing now set for June 28, 2016, be continued to July 19, 2016 at 9:15 a.m. for judgment and sentencing.  Defense counsel remains involved in a state multiple defendant murder preliminary hearing and is also in need of additional time to address matters pertaining to sentencing of Mr. Sanfilippo.  Probation has been advised of the new date.

SO STIPULATED.

Dated: June 22, 2016                                              BENJAMIN B. WAGNER
                                                                                  United States Attorney
                                                                                  */s/Josh F. Sigal*
                                                                                  JOSH F. SIGAL
                                                                                  Special Assistant United States Attorney

1
STIPULATION RE:  SETTING MATTER FOR JUDGEMENT AND SENTENCING

Dated:  June 22, 2016                    /s/*Alonzo Gradford*
                                          ALONZO GRADFORD
                                          Counsel for Defendant Paul Sanfilippo

FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 23rd day of June, 2016

                    /s/ John A. Mendez
                    Honorable John A. Mendez
                    United States District Court Judge

STIPULATION RE:  SETTING MATTER FOR JUDGEMENT AND SENTENCING