Alonzo J. Gradford, SBN 244201
Attorney at Law
1202 H Street, Suite C
Modesto, California 95354
Telephone:  (209) 408-0342
Facsimile:  (209) 408-0797
gradfordlaw@gmail.com

Attorney for Defendants,
PAUL SANFILIPPO

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

—◆—

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-100 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER SETTING MATTER FOR JUDGEMENT AND SENTENCING |
| PAUL SANFILIPPO, | |
| Defendants. | |

The parties hereto stipulate that the judgment and sentencing hearing now set for September 13, 2016, be continued to October 4, 2016 at 9:15 a.m. for judgment and sentencing.  Defense counsel remains involved in a state multiple defendant murder preliminary hearing and is also in need of additional time to address matters pertaining to sentencing of Mr. Sanfilippo.  Probation has been advised of the new date.

SO STIPULATED.

Dated: September 8, 2016                    BENJAMIN B. WAGNER
                                            United States Attorney
                                            */s/Josh F. Sigal*
                                            JOSH F. SIGAL
                                            Special Assistant United States Attorney

1
STIPULATION RE:  SETTING MATTER FOR JUDGEMENT AND SENTENCING

Dated: September 8, 2016                    /s/*Alonzo Gradford*
                                            ALONZO GRADFORD
                                            Counsel for Defendant Paul Sanfilippo

FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 9th day of September, 2016.

**/s/ JOHN A. MENDEZ**
Honorable John A. Mendez
United States District Judge