PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-CR-00100-JAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE MOTION FOR RETURN OF PROPERTY BRIEFING SCHEDULE |
| PAUL SANFILIPPO, | |
| Defendant. | DATE: November 28, 2017<br>TIME: 9:15 a.m.<br>JUDGE: Hon. John A. Mendez |

The United States of America, by and through Assistant U.S. Attorney Kevin C. Khasigian, and Alonzo Gradford, Attorney for Petitioner, Paul Sanfilippo, hereby agree and stipulate to continue the motion for return of property briefing schedule as follows:

- United States' opposition by November 14, 2017
- Petitioner's reply by November 21, 2017

The hearing set for November 28, 2017 at 9:00 a.m. will remain unchanged. The defendant previously pleaded guilty and was sentenced to six years in prison in October 2016. The Assistant United States Attorney prosecuting the case is no longer in the office and the case has been reassigned to an Assistant United States Attorney who is currently on a work-related assignment in South Carolina.

1

Stipulation and Order to Continue Motion
Briefing Schedule

This work assignment was previously planned and is part of DOJ-related training. The continuance will provide sufficient time for the United States to reassign the case and for the AUSA handling the case to prepare a response for the court to consider.

Dated: 11/2/17　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: 11/2/17　　　　　　　　　　　　　　　　　/s/ Alonzo Gradford
　　　　　　　　　　　　　　　　　　　　　　　　ALONZO GRADFORD
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

　　　　　　　　　　　　　　　　　　　　　　　　(Signature authorized by email)

**ORDER**

　　　　IT IS SO ORDERED.

Dated:　11/2/2017
　　　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge